IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01649BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

LONNIE DAVID CASE,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

    Plaintiff, Lonnie David Case, is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at ADX in Florence, Colorado.  Plaintiff, acting *pro se*, initiated this action by filing a Complaint pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 and 28 U.S.C. § 1346(b)(2)(d) and a Prisoner's Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915.

    As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue his claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    ___    is not submitted
(2)    ___    is missing affidavit
(3)    _X_    certified copy of prisoner's trust fund statement does not include the

(4) \_\_ 6-month period immediately preceding this filing
- (4) \_\_ is missing certificate showing current balance in prison account
- (5) \_\_ is missing authorization to calculate and disburse filing fee payments
- (6) \_\_ is missing an original signature by the prisoner
- (7) \_\_ other:

**Complaint, Petition or Application:**
- (8) \_\_ is not submitted
- (9) \_\_ is not on proper form (must use the Court's current form)
- (10) \_\_ is missing an original signature by the prisoner
- (11) \_\_ is missing page nos. \_\_
- (12) \_\_ uses et al. instead of listing all parties in caption
- (13) \_\_ names in caption do not match names in text
- (14) \_\_ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days** from the date of this Order. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the Complaint and the action will be dismissed without further notice.

DATED: June 12, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge