**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01649-BNB

LONNIE DAVID CASE,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On July 9, 2014, Plaintiff filed a Request to Amend Complaint and to Disregard Amended Complaint Dated 7-1-2014, ECF No. 13.  The Court directs Plaintiff to clarify his intention by stating if he desires to file a Second Amended Complaint or to simply substitute Defendant United States for Defendant Federal Bureau of Prisons.  Plaintiff is directed to respond to this directive within seven days of the date of this Minute Order.  If Plaintiff fails to respond the Court will substitute Defendant United States for Defendant Federal Bureau of Prisons and proceed with the initial review of the July 1, 2014 Amended Complaint.  The Request, ECF No. 13, also is denied as unnecessary.

    The Court also denies the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, ECF No. 11, as moot.  Plaintiff has been granted leave to proceed pursuant to § 1915.

Dated:  July 9, 2014