IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01649-BNB

LONNIE DAVID CASE,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

---

ORDER DRAWING CASE

---

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.  *See* D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.  It is

FURTHER ORDERED that the Clerk of the Court is directed to substitute the United States for the Federal Bureau of Prisons as named Defendant.

DATED July 24, 2014, at Denver, Colorado.

                                          BY THE COURT:

                                          *s/Craig B. Shaffer*
                                          United States Magistrate Judge