**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.14-cv-01649-WJM-NYW

LONNIE DAVID CASE,

    Plaintiff,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case and the Order Adopting February 2, 2015 Recommendation of Magistrate Judge and Granting Defendant's Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on February 20, 2015,

IT IS ORDERED that the Magistrate Judge's Recommendation (ECF No. 29) is ADOPTED in its entirety.

IT IS FURTHER ORDERED that the Defendant's Motion to Dismiss (ECF No. 23) is GRANTED.  Plaintiff's Amended Complaint (ECF No. 12) is DISMISSED WITHOUT PREJUDICE for failure to timely exhaust his administrative remedies.

Dated at Denver, Colorado this __23rd__ day of February 2015.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/Deborah Hansen
Deborah Hansen, Deputy Clerk